## WINTERS v. OHIO.

No. 388, Misc.   Decided June 25, 1962.

Petitioner *pro se.*

*Richard O. Harris* for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case is remanded to the Supreme Court of Ohio for further proceedings.   *Griffin* v. *Illinois,* 351 U. S. 12.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.

## OLEN v. OLEN.

No. 1153, Misc.   Decided June 25, 1962.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.